**No. 10-9198. Gerry Phongboupha, Petitioner v. California.**

563 U.S. 976, 131 S. Ct. 2877, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3514.

May 2, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 10-9202. Lloyd Chase Allen, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 976, 131 S. Ct. 2898, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3455.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 611 F.3d 740.

**No. 10-9205. Michael A. Evans, Petitioner v. Wayne Tiffin.**

563 U.S. 976, 131 S. Ct. 2877, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3426.

May 2, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.

**No. 10-9210. Phillip Lynn Mosher, Petitioner v. Michigan.**

563 U.S. 976, 131 S. Ct. 2877, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3439.

May 2, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-9213. Walter LeClaire, Petitioner v. Andrew A. Pallito, Commissioner, Vermont Department of Corrections.**

563 U.S. 977, 131 S. Ct. 2877, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3511.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9215. Alison Noboru Matsuda, Petitioner v. Hawaii, et al.**

563 U.S. 977, 131 S. Ct. 2877, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3382, 

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9217. Stephen Wayne Norwood, Petitioner v. NFN O'Hare, Warden, et al.**

563 U.S. 977, 131 S. Ct. 2877, 179 L. Ed. 2d 1192, 2011 U.S. LEXIS 3398.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 404 Fed. Appx. 923.